THOMAS FURLONG, Appellant, *v.* NATIONAL TRANSPORTATION Co., INC., et al., Respondents.

Submitted January 2, 1951; decided January 18, 1951.

*Harry Leff* for motion.

*Marie Turro* opposed.

Motion dismissed unless within fifteen days all papers required by rule 21 of this court are filed.